IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JAMI REBSOM,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>STEVE KUNNATH in his official and individual capacities; MICHAEL LABATY in his official and individual capacities; CITY OF LIVINGSTON, MONTANA; JAY PORTEEN in his official and individual capacities; and COREY O'NEILL in his official and individual capacities,<br><br>　　　　　　Defendants. | CV 20-1-BLG-SPW-TJC<br><br>**FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE** |

Before the Court are Defendant Officer Corey O'Neill's Motion for Summary Judgment (Doc. 38) and Defendant Sargent Michael Labaty's Motion for Summary Judgment (Doc. 48).

Plaintiff Jami Rebsom filed responses to both motions, in which she indicated a desire to dismiss her claims against O'Neill and Labaty "in connection with Defendants' motions for summary judgment." (Docs. 58, 61.) At the May 27, 2021 hearing on discovery matters, Rebsom confirmed with the Court her desire to dismiss claims against O'Neill and Labaty. (Doc. 62.) Therefore,

IT IS RECOMMENDED that Defendants O'Neill and Labaty's motions for summary judgment (Docs. 38, 48) be GRANTED.

IT IS FURTHER RECOMMENDED that to the extent that Rebsom's "Response to Labaty Motion for Summary Judgment and Motion to Dismiss Claims Against Defendant Labaty" (Doc. 58) and "Plaintiff's Response to O'Neill's Motion for Summary Judgment and Motion to Dismiss Claims against Defendant O'Neill" (Doc. 61) can be construed to be motions to dismiss, the motion be DENIED as MOOT.

**NOW, THEREFORE, IT IS ORDERED** that the Clerk shall serve a copy of the Findings and Recommendation of United States Magistrate Judge upon the parties. The parties are advised that pursuant to 28 U.S.C. § 636, any objections to the findings and recommendation must be filed with the Clerk of Court and copies served on opposing counsel within fourteen (14) days after entry hereof, or objection is waived. D. Mont. Local Rule 72.3.

DATED this 11th day of June, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge