UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JAMI REBSOM,<br><br>    Plaintiff,<br><br>vs.<br><br>STEVE KUNNATH, in his individual and official capacities; CITY OF LVINGSTON, MONTANA; AND JAY PORTEEN, in his individual and official capacities,<br><br>    Defendant. | Case No. CV-20-01-BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

  IT IS ORDERED AND ADJUDGED Judgment is entered as stated in the Court's Order E.C.F. 87.

 Dated this 29th day of March, 2022.

        TYLER P. GILMAN, CLERK

        By: /s/ E.Hamnes
        E.Hamnes, Deputy Clerk